*40 Vroom.* Bancroft v. Magill.

Before Justices DIXON, GARRISON and SWAYZE.

For the prosecutor, *William M. Seufert.*

For the defendant, *Edmund W. Wakelee.*

---

MARGARET BANCROFT ET AL., PROSECUTORS, v. CHARLES E. MAGILL, COLLECTOR OF THE BOROUGH OF HADDONFIELD.

Submitted March 23, 1903—Decided June 8, 1903.

Under section 200 of the General Tax law (*Gen. Stat.,* p. 3320), the buildings used by incorporated educational, religious and charitable institutions, together with a curtilage not exceeding five acres, if necessary to the fair use and enjoyment thereof, are exempt from taxation, unless the owner of the land receives rent therefor.

On *certiorari.*

Before Justices DIXON, GARRISON and SWAYZE.

For the prosecutors, *Francis D. Weaver.*

For the defendant, *Henry S. Scovel.*

The opinion of the court was delivered by

GARRISON, J. Section 200 of the General Tax act (*Gen. Stat., p.* 3320) exempts from taxation the buildings used by

incorporated institutions for certain stated purposes, together with a curtilage not exceeding five acres, if necessary to the fair use and enjoyment thereof, unless the owner of the land receives rent therefor—that is to say, land used for the purposes stated without the payment of rent by the incorporated body is exempt from taxation, regardless of its ownership.

The prosecutors are entitled to exemption to the extent specified in the statute, with costs.